SILVER KING COALITION MINES CO. v. SHEALY et al. (Circuit Court of Appeals, Eighth Circuit. January 9, 1920.) No. 5326. Appeal from the District Court of the United States for the District of Utah. W. H. Dickson, A. C. Ellis, Jr., R. G. Lucas, and Thomas Marioneaux, all of Salt Lake City, Utah, for appellant. Edward B. Critchlow, William J. Barrette, and William W. Ray, all of Salt Lake City, Utah, for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant and consent of appellee.

---

STROUD et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 5, 1920.) No. 5450. In Error to the District Court of the United States for the Eastern District of Arkansas. J. F. Gautney, of Jonesboro, Ark., for plaintiffs in error. June P. Wooten, U. S. Atty., of Little Rock, Ark.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error and agreement of counsel for plaintiff in error.

---

UNITED STATES v. NATIONAL SURETY CO. (Circuit Court of Appeals, Eighth Circuit. December 10, 1919.) No. 5362. Appeal from the District Court of the United States for the Eastern District of Missouri. Benjamin L. White, Asst. U. S. Atty., of St. Louis, Mo. S. W. Fordyce, Jr., John H. Holliday, Thomas W. White, W. H. Woodward, and Lucius W. Robb, all of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on the ground that the questions of law involved have been decided on the petition to revise in No. 201, original, between the same parties. 262 Fed. 62.

---

UNITED STATES v. SCHWARTZ. (Circuit Court of Appeals, Eighth Circuit. December 3, 1919.) No. 5307. In Error to the District Court of the United States for the Northern District of Iowa. See, also, 249 Fed. 755. F. A. O'Connor, U. S. Atty., of Dubuque, Iowa, and Seth Thomas, Asst. U. S. Atty., of Ft. Dodge, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for plaintiff in error.

---

UPCHURCH v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 8, 1919.) No. 5526. In Error to the District Court of the United States for the Western District of Missouri. Bruce Barnett, of Kansas City, Mo., for plaintiff in error. Francis M. Wilson, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.